**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    : | Case: 1:20-mj-00166 |
| : | Assigned To : Harvey, G. Michael |
| v.                             : | Assign. Date : 8/17/2020 |
| **JOSEPH CASTEN,**              : | Description: Complaint w/ Arrest Warrant |
| : | |
| **Defendant.**         : | |

## STATEMENT OF OFFENSE
## IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Detective Aminatta Sesay, being duly sworn, do hereby state the following:

### I. INTRODUCTION

1. I am a Sergeant with the Metropolitan Police of the District of Columbia and have been employed by MPDC since October 2009. From February 2015 through December of 2019, I was a Detective with MPD's Youth and Family Services Division. In that capacity, I investigated federal violations concerning violations of United States Code (U.S.C.) regarding the exploitation and sexual assault of minors. I have gained experience through training and work related to conducting these types of investigations, my conversations with other federal agents, local police detectives, and task force officers who investigate these crimes, and have participated in numerous child exploitation, child sexual abuse, and child physical abuse investigations over the years.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Joseph Casten** (date of birth ▮▮▮▮▮▮▮) for violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography); 2252A(a)(2) receipt of child pornography;

1

2252A(a)(5)(B) (possession of child pornography); and 2252A(a)(5)(B) (access w/intent to view child pornography).

3. The statements contained in this affidavit are based in part on my own investigation, as well as upon information provided by other Special Agents of the FBI and law enforcement officers; independent investigation and analysis by law enforcement officers/analysts; and my experience, training and background. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Joseph Casten** has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

## Background of Investigation

4. Beginning in September of 2017, your affiant conducted an investigation relating to Gnutella, a peer-to-peer file sharing program that has been used to exchange child pornography.[1] Your affiant learned that an Internet user at IP address ▇▇▇▇▇ was using Gnutella to make certain files available to others on September 6 and September 7, 2017. The suspect IP shared several files that met the federal definition of child pornography. Specifically, on September 6 and 7, your affiant was able to download two complete files shared by the

---

[1] P2P file sharing is a method of communication available to Internet users through the use of special software. Computers linked together through the Internet using this software form a network that allows for the sharing of digital files between users on the network. A user first obtains the P2P software, which can be downloaded from the Internet. In general, P2P software allows the user to set up files on a computer to be shared with others running compatible P2P software. However, only files that are specifically stored in shared folders are exchanged. Therefore, a user needs simply to move a file from the shared folder to another folder to stop the distribution across the Internet.

suspect that met the federal definition of child pornography. The two complete downloads shared by this Internet user included:

- A file with a title .[] ▮▮▮▮▮▮▮▮▮▮▮▮ [][2] depicting an adult male anally raping a minor male.
- A file with a title referencing three boys depicting three boys masturbating one another and themselves.

5. There were also hundreds of files at the suspect IP address that were being advertised that appeared to be child pornography files based on their titles, including titles that had phrases such as "(▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮…," "▮▮▮▮▮▮▮▮▮▮▮▮▮▮," "…▮▮▮▮▮▮▮▮▮▮▮…," "▮▮▮▮▮▮▮▮▮▮▮▮▮▮…," "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮," "▮▮▮▮▮▮▮▮▮▮" and "[▮▮▮▮▮▮▮▮▮▮▮]"

6. After the issuance of a subpoena, the FBI learned that the suspect IP address came back to **Joseph Casten (DOB** ▮▮▮▮▮▮**)** at the address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on the above-described dates.

7. On November 7, 2017, the FBI, in conjunction with MPD, executed a search warrant at the Connecticut Avenue address. **Casten** was present at the time of the search and stated that he lived alone at the apartment and had been living there by himself since June or July. His HP laptop, Apple MacBook Pro laptop, and iPhone were seized pursuant to the search warrant. **Casten** admitted that these devices were his. He stated that his WiFi was password

---

[2] This title and other titles throughout this affidavit have been redacted to prevent the further dissemination of child pornography.

protected but that he had given the password out to friends on occasion and had provided it at one point to a contractor.

8. A forensic examiner reviewed the devices and observed the existence of a peer-to-peer program, portions of at least one of the child pornography files that was shared with your affiant, and a number of file names indicative of child pornography that were connected to the peer-to-peer file sharing program. In August of 2020, a complete forensic examination was conducted on all of the devices, which remained in FBI custody. That forensic examination revealed files meeting the federal definition of child pornography on both the HP laptop and the Apple MacBook Pro laptop.

9. There were over 150 images and 18 videos of child pornography on the HP laptop. For example, there was a video, approximately six minutes and 56 seconds long, depicting several prepubescent little boys masturbating one another, with one little boy engaging in oral sex with the other boy. This video was recovered from the recycle bin. There were numerous other similar sexually explicit images and/or videos on the HP laptop of little boys.

10. At least some of the recovered images were under the file path **users/joseph/AppData/Local/Microsoft\Windows\Explorer\thumbcache…** For example, there was an image under this file path depicting a little girl, under the age of 10 years old, sitting with her legs spread open and urinating. The download dates on the images and videos from the HP laptop and MacBook went as far back as October of 2013 and up to the day before the search warrant.

11. The MacBook contained two images of child pornography. One was under the file path **users\josephcasten\library\caches\com.apple.safari\webkitcache\version 11\Blobs** and depicted a topless prepubescent girl with her legs spread wearing only underwear. The other

4

was a video entitled ▇▇▇▇▇▇▇ with a date of January 16, 2017 that was under the file path **users/josephcasten/music/itunes/itunes media/homevideos**. This video was one minute and 24 seconds and depicted a toddler in a bathtub. In the video, an adult male is placing the toddler's hand on his penis.

### III. CONCLUSION

12. Based on the foregoing, there is probable cause to believe that **Joseph Casten (DOB** ▇▇▇▇▇▇**)** has violated 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography); 2252A(a)(2) (receipt of child pornography); and 2252A(a)(5)(B) (possession and access with intent to view child pornography).

Respectfully submitted,

_（signature）_
Aminatta Sesay
MPD Detective

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 17th day of August, 2020.

_____
G. MICHAEL HARVEY,
UNITED STATES MAGISTRATE JUDGE