# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | **VIOLATIONS:** |
| **JOSEPH CASTEN,** | 18 U.S.C. § 2252A(a)(5)(B) |
| **Defendant** | **(Possession of Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between the dates of October 2013 and November 7, 2017, in the District of Columbia, the defendant, **JOSEPH CASTEN**, knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors, prepubescent minors and minors who had not attained twelve (12) years of age, engaged in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and/or transported in and affecting interstate and foreign commerce, and were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252A(a)(5)(B))

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar 4157

*/s// April N. Russo*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

April Nicole Russo
Assistant United States Attorney,
PA Bar Number 313475
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.
202-252-1717
April.russo@usdoj.gov