UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 21-cr-357 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH CASTEN, | : | |
|     Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Joseph Casten, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

### Statement of Facts

1.  In September of 2017, the defendant was using a peer-to-peer network to share files of child pornography from his residence in the District of Columbia, to include a file entitled **[] Video boy& dad fuck []**[1] depicting an adult male anally raping a minor male, and a file with a title referencing three boys depicting three boys masturbating one another and themselves.

2.  After an undercover agent downloaded these files, the FBI, in conjunction with MPD, executed a search warrant at the defendant's District of Columbia address in November of 2017. The defendant was present at the time of the search and stated that he lived alone at the apartment and had been living there by himself since June or July. His HP laptop, Apple

---

[1] This title and other titles throughout this affidavit have been redacted to prevent the further dissemination of child pornography.

1

MacBook Pro laptop, and iPhone were seized pursuant to the search warrant.

3.         A forensic examiner reviewed the devices and observed the existence of a peer-to-peer program, portions of at least one of the child pornography files that was shared with the UC, and a number of file names indicative of child pornography that were connected to the peer-to-peer file sharing program.  In August of 2020, a complete forensic examination was conducted on all of the devices, which remained in FBI custody.  That forensic examination revealed files meeting the federal definition of child pornography on both the HP laptop and the Apple MacBook Pro laptop.

4.         There were over 150 images and 18 videos of child pornography on the HP laptop.  For example, there was a video, approximately six minutes and 56 seconds long, depicting several prepubescent little boys masturbating one another, with one little boy engaging in oral sex with the other boy.  This video was recovered from the recycle bin.  There were numerous other similar sexually explicit images and/or videos on the HP laptop of little boys.

5.         At least some of the recovered images were under the file path **users/joseph/AppData/Local/Microsoft\Windows\Explorer\thumbcache…**  For example, there was an image under this file path depicting a little girl, under the age of 10 years old, sitting with her legs spread open and urinating.  Casten downloaded the images and videos of child pornography from the Internet on the HP laptop and MacBook between the dates of October of 2013 and November 7, 2017 and did so knowing that the depictions he downloaded contained child pornography.

6.         The MacBook contained two images of child pornography.  One was under the file path **users\josephcasten\library\caches\com.apple.safari\webkitcache\version 11\Blobs** and depicted a topless prepubescent girl with her legs spread wearing only underwear.  The other

was a video entitled **boy + man vid** with a date of January 16, 2017 that was under the file path **users/josephcasten/music/itunes/itunes media/homevideos**. This video was one minute and 24 seconds and depicted a toddler in a bathtub. In the video, an adult male is placing the toddler's hand on his penis.

Respectfully,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

*April Russo*
April N. Russo
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Joseph Casten, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5/11/21

Joseph Casten
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/11/21

Dani Jahn, Esquire
Attorney for Defendant