UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case Number: 21-cr-357 |
| JOSEPH CASTEN, : | |
| : | Hon. Christopher R. Cooper |
| Defendant. : | |

### Consent Motion for Restitution to be Part of Judgment

The defendant pleaded guilty to distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2).  He distributed hundreds of videos and images of child pornography through a peer-to-peer program.  The images and/or videos included previously-identified child pornography victims, known as: (1) Pia; and (2) Andy.  These victims requested restitution by submitting information to the Court.

These individuals are victims of defendant's offense, as defined under 18 U.S.C. §§ 2259 and 3664, and the Government requests that a restitution award will be included in defendant's judgment as follows:

- $1,000 for the victim Pia payable to "Deborah A. Bianco in trust for Pia" at P.O. Box 6503, Bellevue, WA 98008.

- $2,000 for the victim Andy payable to "Marsh Law Firm PLLC in trust for Andy" to Marsh Law Firm PLLC "Attn: Andy 548 Market St. #65135 San Francisco, CA 94104-5401."

The Government respectfully requests that, as part of defendant's judgment, the Court enter a restitution order consistent with this motion, that the restitution be due immediately, and requests

that the defendant work to satisfy his restitution obligation through the Inmate Financial Responsibility Program while he is incarcerated.

                                      Respectfully submitted,
                                      MATTHEW GRAVES
                                      United States Attorney

                                      By:     */s/ April N. Russo*
                                      April N. Russo
                                      Assistant U.S. Attorney
                                      PA Bar: 313475
                                      U.S. Attorney's Office for the District of Columbia
                                      555 Fourth Street NW, Fourth Floor
                                      Washington, DC 20530
                                      April.russo@usdoj.gov
                                      (202)-252-1717

Date: November 21, 2021

<u>Certificate of Service</u>

    I HEREBY CERTIFY that a copy of the foregoing motion was delivered by electronic mail upon counsel for the defendant, this 21st day of November, 2021.

                                        */s// April N. Russo*
                                        April Nicole Russo
                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case Number: 21-cr-357 |
| **JOSEPH CASTEN,** : | |
| : | Hon. Christopher R. Cooper |
| **Defendant.** : | |

## Order Granting Restitution

Having reviewed the Government's Consent Motion for an Order of Restitution and the victims' restitution requests, and the defense having no objection, the Court finds that the victims listed below are victims of the offense as defined under 18 U.S.C. §§ 2259 and 3664, and therefore entitled to restitution. Therefore, it is ORDERED that the following restitution awards, in the amounts agreed to by the parties, be included in the defendant's judgment, be due immediately, and that the defendant work to satisfy his restitution obligation through the Inmate Financial Responsibility Program while he is incarcerated:

- $1,000 for the victim Pia payable to "Deborah A. Bianco in trust for Pia" at P.O. Box 6503, Bellevue, WA 98008.

- $2,000 for the victim Andy payable to "Marsh Law Firm PLLC in trust for Andy" to Marsh Law Firm PLLC "Attn: Andy 548 Market St. #65135 San Francisco, CA 94104-5401."

IT IS SO ORDERED.

_____
HONORABLE CHRISTOPHER COOPER
Dated:                                             UNITED STATES DISTRICT JUDGE